UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FISSEHA FANTA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BAC HOME LOANS SERVICING LP, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:12-cv-01960-MMD-GWF<br><br>ORDER<br><br>(Motion to Dismiss – dkt. no. 7) |

Defendants moved to dismiss Plaintiff's Complaint on November 21, 2012. (Dkt. no. 7.) The response was due on December 8, 2012. (*Id.*) On December 5, 2012, Plaintiff filed a motion to extend time to respond to Defendants' Motion. (Dkt. no. 12.) On December 6, 2012, Defendants filed a non-opposition to Plaintiff's Motion. (Dkt. no. 13.) On December 14, 2012, this Court granted Plaintiff's Motion to Extend Time, ordering a response to Defendants' motion by January 7, 2013. (Dkt. no. 15.) On January 8, 2013, Plaintiff filed a second Motion to Extend Time to respond to Defendants' Motion to Dismiss. (Dkt. no. 18.) On January 10, 2013, this Court granted Plaintiff's motion to extend time, ordering a response to Defendant's Motion by January 30, 2013. (Dkt. no. 19.) Plaintiff did not comply, and has not filed an opposition.

　　Despite two extensions of time, Plaintiff has failed to respond to Defendants' Motion to Dismiss. Failure to file points and authorities in opposition to a motion constitutes consent that the motion be granted. L.R. 7-2(d); *see Abbott v. United*

*Venture Capital, Inc.*, 718 F. Supp. 828, 831 (D. Nev. 1989). The Court therefore GRANTS Defendants' unopposed motion.

The Clerk of the Court is HEREBY ORDERED to close this case.

ENTERED THIS 15th day of February 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE